UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CORAL REEF METRO, LLC,

    Plaintiff,

v.                                                  Case No: 2:18-cv-460-SPC-NPM

SCOTTSDALE INSURANCE
COMPANY,

    Defendant.
_____/

## **ORDER**[1]

Before the Court is the parties' Joint Response to Order to Show Cause. (Doc. 59). The Court stayed this case and compelled appraisal. (Doc. 35). The parties completed appraisal on what appeared to be most issues, mediated the remaining matters, and impassed at mediation. (Doc. 57). So the Court issued an Order to Show Cause on what issues remained and how the case should proceed. (Doc. 58). Now, the parties clarify the only outstanding dispute is Plaintiff's attorney's fees, costs, and interest. (Doc. 59). So they agree the stay can be lifted for the Court to resolve an attorney's fees motion (to be filed within

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

fourteen days).  With that understanding, the Court lifts the stay and directs Plaintiff to file a proper motion.

Accordingly, it is now

**ORDERED:**

1. The stay is **LIFTED**.

2. Plaintiff must **FILE** a proper motion for attorney's fees, costs, and interest **on or before September 13, 2021**.

3. The Clerk is directed to remove the stay flag from the file.

**DONE** and **ORDERED** in Fort Myers, Florida on August 30, 2021.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record